**No. 10-1269. Paul O. Rohart, Petitioner v. E. H.**

563 U.S. 1022, 131 S. Ct. 2941, 180 L. Ed. 2d 226, 2011 U.S. LEXIS 4083.

May 31, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 49 So. 3d 1281.